## City of Chicago, Appellee, v. Gertrude Bonn, Appellant.

**Gen. No. 43,376.**

opinion filed April 11, 1946; released for publication May 16, 1946. Thomas A. Green, for appellant; Ode L. Rankin, of counsel; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Head of Appeals and Review Division, L. Louis Karton and Georgia Jones Ellis, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**